198 F.2d 568
 UNITED STATES ex rel. KALOUDIS,
v.
SHAUGHNESSY.
 272, 22414
 
 United States Court of Appeals Second Circuit.
 July 18, 1952.
 Lebovici & Safir, New York City, Harold D. Safir, New York City, of counsel, for relator-appellant.
 Myles J. Lane, U.S. Atty., New York City, William J. Sexton, Asst. U.S. Atty., and Lester Friedman, Atty. Immigration and Naturalization Service, New York City, of counsel, for respondent-appellee.
 Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on opinion of Noonan, J., 106 F.Supp. 483.